

NUMBER 13-20-00514-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JANIE MARIE CAVAZOS
AS NEXT FRIEND OF
MAGDALENA ROBLES-AGUIRRE,                          **Appellant,**

**v.**

FINANCE OF AMERICA REVERSE, LLC,
FINANCE OF AMERICA STRUCTURED
SECURITIES ACQUISITION TRUST
2017-HB1, AND WILMINGTON SAVINGS
FUND SOCIETY FSB,                                  **Appellees.**

## On appeal from the 445th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Chief Justice Contreras**

On December 1, 2020, appellant filed a notice of appeal. On January 8, 2021, the clerk of court notified appellant that she failed to make payment arrangements for the clerk's record; the clerk further notified appellant the appeal was subject to dismissal for want of prosecution, if proof of payment was not filed within ten days. On January 12, 2021, the clerk of court notified appellant she was delinquent in remitting the $205.00 filing fee and, if the fee was not paid within 10 days, the appeal would be dismissed.

Appellant failed to respond to the Court's notices and has made no other filing in this cause. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
1st day of April, 2021.

2